UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIONNI DEWS,<br><br>　　　　　Defendant. | CASE NO. **1:22CR 015**<br><br>JUDGE **J. McFARLAND**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(o)<br><br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Possession of a Machine Gun)

On or about November 26, 2021, in the Southern District of Ohio, the defendant, **GIONNI DEWS**, knowingly possessed a machinegun, as defined in 18 U.S.C. 921(a)(23), that is, a Glock, model 19 Gen4, 9mm Luger-caliber firearm modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of 18 U.S.C. §§ 922(o), 921(a)(23) and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **GIONNI DEWS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to:

a. A Glock, model 19 Gen4, 9mm Luger-caliber firearm with serial number BAVF766;

b. a conversion device comprising a 3D printed back-plate assembly dimensionally configured as a drop-in replacement assembly for the polymer slide cover-plate of a Glock pistol; and

c. Approximately four (4) rounds of 9mm ammunition.

A TRUE BILL.

/S/
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Julie D. Garcia*

JULIE D. GARCIA
Assistant United States Attorney

2

EG